

NUMBERS 13-08-00654-CR, 13-08-00655-CR,
13-08-00656-CR, 13-08-00657-CR,
13-08-658-CR, 13-09-659-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**DONNA CHAMBERLAIN,** **Appellant,**

**v.**

**THE STATE OF TEXAS,** **Appellee.**

---

### On appeal from the 319th District Court
### of Nueces County, Texas.

---

## MEMORANDUM OPINION

### Before Justices Rodriguez, Garza, and Benavides
### Memorandum Opinion Per Curiam

Appellant, Donna Chamberlain, by and through her attorney, has filed motions to dismiss her appeals because she no longer desires to prosecute them. *See* TEX. R. APP. P. 42.2(a). On August 20, 2009, the appeals were abated for failure to file the brief. The appeals are hereby REINSTATED.

Without passing on the merits of the cases, we grant appellant's motions to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeals. Having dismissed the appeals at appellant's request, no motions for rehearing will be entertained, and our mandates will issue forthwith.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
4th day of February, 2010.